

# In the Missouri Court of Appeals
# Eastern District

JANUARY 14, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED99442      STATE OF MISSOURI, RES V ANDREW BONNEY, APP